FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 1 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA 11-421 M |
| v. | |
| Baqying | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Monday, 8/22/11__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
         (Other custodial officer)

Dated: __8/18/11__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge